■ DENNIS GUARDIA et al., Appellants, v AURELIO RUIZ, Respondent.—In an action to recover damages for personal injuries, the plaintiffs appeal from an order of the Supreme Court, Queens County (Durante, J.), dated January 23, 1990, which granted the defendant's motion for summary judgment.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Durante at the Supreme Court. Mangano, P. J., Brown, Sullivan, Harwood and Miller, JJ., concur.